1  Shanks Leonhardt /Bar No. 025595
**SANDERS & PARKS, P.C.**
2  3030 North Third Street, Suite 1300
   Phoenix, AZ  85012-3099
3  Direct Phone: (602) 532-5677
   Direct Fax: (602) 230-5077
4  Shanks.Leonhardt@sandersparks.com
5
   Attorney for Defendants
6  Moawad Consulting Group and Trevor Moawad
7

8                   **UNITED STATES DISTRICT COURT**

9                   **FOR THE DISTRICT OF ARIZONA**

10  Keith F. Bell, Ph. D.,                          Case No.:  2:17-CV-02109-DGC

11                     Plaintiff,

12  v.                                              **NOTICE OF SETTLEMENT**

13  The Moawad Group, LLC, d/b/a Moawad
    Consulting Group; Trevor Moawad,
14  individually and d/b/a Moawad Consulting
    Group,
15
16                     Defendants.

17

18      Defendants hereby notify the Court that the parties have reached a settlement of all

19  claims pending in this action with each party to bear its own costs and attorneys' fees, and

20  contingent on execution of appropriate settlement documents.

21      This Notice is being submitted in order to give the Court notice at the earliest

22  opportunity.

23

24

25

26

27

28

1    **DATED** this 27th day of November, 2018.

2

3                                            **SANDERS & PARKS, P.C.**

4

5                                   By   s/Shanks Leonhardt
                                         Shanks Leonhardt
6                                        3030 North Third Street, Suite 1300
                                         Phoenix, AZ  85012-3099
7                                        Attorney for Defendants Moawad
                                         Consulting Group and Trevor Moawad
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27th, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

By: s/A. Burns